```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                    CASE NO:  3:98-cr-166-J-33TEM

EDWARD BRYANT
_____/

### ORDER

UPON DUE CONSIDERATION of the United States Probation Office's Supplemental Presentence Report and the Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. # 913), filed on October 27, 2011, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Court finds that Defendant is eligible and suitable for a reduction in his base offense level pursuant to Amendment 750 of the United States Sentencing Guidelines.

(2) On April 2, 1999, the Court sentenced Defendant to a period of 292 months imprisonment.  On May 27, 2008, the Court reduced Defendant's sentence to a period of 235 months pursuant to Amendment 706.  Due to the retroactive application of Amendment 750, which becomes effective as of November 1, 2011, the Court further reduces Defendant's sentence from a period of 235 months to a period of 188 months, or time

served, whichever is greater. See USSG § 1B1.10(b)(2)(C).

(3) The Judgment in a Criminal Case (Doc. # 520) is amended to provide:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED EIGHTY-EIGHT (188) MONTHS**, or time served, whichever is greater.

(4) All other provisions set forth in the Judgment shall remain in full force and effect.

(5) This Order is **STAYED** for **ten (10) calendar days**, or until such time as the Bureau of Prisons completes the release preparations required by law, whichever occurs sooner. In no event, however, shall Defendant be released before **November 1, 2011**, the effective date of the retroactive application of Amendment 750 to the United States Sentencing Guidelines.

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>28th</u> day of October, 2011.

                                             _____
                                             VIRGINIA M. HERNANDEZ COVINGTON
                                             UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record
United States Marshals Service
United States Probation Office
Bureau of Prisons

2